# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00751-CV

**Sean Carter McCain, Appellant**

**v.**

**Elizabeth Mary McCain, Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-15-004553, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Sean Carter McCain filed his notice of appeal on October 21, 2019. The reporter's record was due on November 20, 2019. On reporter's requests, the time for filing was extended to February 28, 2020. On March 19, 2020, Ms. LaSonya Gay requested a sixth extension of time. We order Gay to file the reporter's record in this cause no later than March 27, 2020. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Gay being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on March 25, 2020.

Before Chief Justice Rose, Justices Baker and Triana